UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Shawn Canada,

        Plaintiff,

v.

Doug Nelson et al.,

        Defendants.

Civil No. 23-cv-991 (PJS/DJF)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation (ECF No. 4) of the United States Magistrate Judge Dulce J. Foster. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (ECF No. 4) is **ADOPTED**;
2. This matter is **DISMISSED WITHOUT PREJUDICE**; and
3. The application to proceed *in forma pauperis* (ECF No. [3]) is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 7, 2023

s/Patrick J. Schiltz
Patrick J. Schiltz
Chief United States District Judge